**ORDER**

PER CURIAM.

Stephanie Brown ("Brown") appeals from the judgment of the trial court dismissing her fourth amended petition and entering judgment on the counterclaims of S.A. Group and U.S. Bank. Brown asserts nine points on appeal.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

Shaun J. Mackelprang P.O. Box 899 Jefferson City, Missouri 65102, for Respondent

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

*ORDER*

PER CURIAM

Eric Otis appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm the motion court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

**Eric OTIS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 101296

Missouri Court of Appeals,
Eastern District,
*DIVISION ONE.*

Filed: June 16, 2015

Andrew E. Zleit 1010 Market Street, Suite 1100 St. Louis, Missouri 63101, for Appellant

**Scott WILLIAMS, Jr., Movant,**

v.

**STATE of Missouri, Respondent.**

ED 101402

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: June 16, 2015